IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN
_____

DAVID DAHLER,

                Plaintiff,

  v.                                         ORDER
                                                  07-C-375-S
R. MARTINEZ, S. NICKLIN,
LIEUTENANT TURVEY, CORRECTIONAL OFFICER
RIVERA, CORRECTIONAL OFFICER GEITT, CORRECTIONAL
OFFICER DARCY, J. SNOW, CORRECTIONAL OFFICER
PEASE and JAMES REED,

                Defendants.
_____

      Plaintiff moves to compel discovery and for an extension of time to respond to defendants' motion to dismiss. Defendants shall respond to plaintiff's motion to compel discovery not later than November 15, 2007. Plaintiff's motion for an extension of time will be partially granted until November 30, 2007 and defendants may reply not later than December 10, 2007.

                                  ORDER

      IT IS ORDERED that defendants shall respond to plaintiff's motion to compel discovery not later than November 15, 2007.

      IT IS FURTHER ORDERED that plaintiff's motion for an extension of time to respond to defendants' motion to dismiss is PARTIALLY GRANTED until November 30, 2007; defendants may reply not later than December 10, 2007.

      Entered this 2nd day of November, 2007.

                                    BY THE COURT:

                                  _____/s/_____
                                  JOHN C. SHABAZ
                                  District Judge