IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN
_____

DAVID DAHLER,

                Plaintiff,

  v.                                          ORDER
                                              07-C-375-S
R. MARTINEZ, S. NICKLIN,
LIEUTENANT TURVEY, CORRECTIONAL OFFICER
RIVERA, CORRECTIONAL OFFICER GEITT, CORRECTIONAL
OFFICER DARCY, J. SNOW, CORRECTIONAL OFFICER
PEASE and JAMES REED,
                Defendants.
_____

    Plaintiff moved to compel discovery. Defendants responded to plaintiff's motion to compel discovery and advised that they have provided the discovery responses to plaintiff. Accordingly, plaintiff's motion to compel discovery will be denied as moot.

                                      ORDER

    IT IS ORDERED that plaintiff's motion to compel discovery is DENIED as moot.

    Entered this 19th day of November, 2007.

                                    BY THE COURT:

                                        /s/

                                _____
                                JOHN C. SHABAZ
                                District Judge